IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

*ELECTRONICALLY FILED*

| | |
|---|---|
| COURTNEY ROEHRIG, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:16-CV-221-DJH |
| | ) |
| MIDLAND FUNDING, LLC, | ) |
| | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SETTLEMENT

Please take notice that Plaintiff Courtney Roehrig, individually, has resolved this dispute with Defendant Midland Funding, LLC. Plaintiff and Defendant will file a Motion for an Agreed Order of Dismissal, with Prejudice, of this matter after the settlement agreement between Plaintiff, individually, and Defendant is finalized. Within the next thirty to forty-five days, Plaintiff and Defendant anticipate filing a Motion for Entry of an Agreed Order of Dismissal, with Prejudice, which dismisses all of Plaintiff's individual claims against Defendant, known or unknown, and which were asserted or which could have been asserted, in the above styled action.

Respectfully submitted this 26th day of September, 2016.

Respectfully submitted,

/s/ J. Tanner Watkins
Joseph N. Tucker
J. Tanner Watkins
R. Brooks Herrick
DINSMORE & SHOHL LLP
101 South Fifth Street, Suite 2500
Louisville, Kentucky 40202
(502) 581-2360
(502) 581-8111 (Fax)
joseph.tucker@dinsmore.com
tanner.watkins@dinsmore.com
brooks.herrick@dinsmore.com
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been filed this 26th day of September, using the Court's ECF system to the following.

James McKenzie
James R. McKenzie Attorney, PLLC
115 S. Sherrin Avenue, Suite 4
Louisville, Kentucky 40207
jmckenzie@jmckenzielaw.com

James H. Lawson
Lawson at Law, PLLC
115 S. Sherrin Avenue, Suite 4
Louisville, Kentucky 40207
james@kyconsumerlaw.com

/s/J. Tanner Watkins
*Counsel for Defendant*

10688593